AO 442 (Rev. 11/11) Arrest Warrant

FILED RECEIVED / LODGED COPY
AUG 2 7 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | 19-2228M |
|---|---|---|
| v. | ) | |
| Kailynn Moore-Jones | ) | Case No. 4:19 MJ 5291 NAB |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kailynn Moore-Jones,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 875(d) - Transmitting in interstate commerce threats to injure the reputation of a person with the intent to extort money

Date: 8/26/19

_____
Issuing officer's signature

City and state: St. Louis, MO

Honorable Nannette A. Baker, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 8/26/2019, and the person was arrested on (date) 8/26/2019
at (city and state) Tucson, AZ.

Date: 8/27/2019

_____
Arresting officer's signature

Scott Wall   Special Agent
*Printed name and title*

AUSA John Ware

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

United States of America )
v. )
Kailynn Moore-Jones ) Case No. 4:19 MJ 5291 NAB
)
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 18, 2019__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 875(d) | Transmitting in interstate commerce threats to injure the reputation of a person with the intent to extort money |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_
Special Agent Kassandra L. McKenzie, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 8/26/19

_Judge's signature_

City and state: St. Louis, Missouri

Honorable Nannette A. Baker, U.S. Magistrate Judge
_Printed name and title_

times. Thus, the threatening messages R.W. received on that day in the Eastern District of Missouri traveled in interstate commerce.

Moore-Jones has a criminal history of prostitution, domestic violence, and theft.

KASSANDRA L. McKENZIE
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this __26TH__ day of August, 2019.

NANNETTE A. BAKER
United States Magistrate Judge
Eastern District of Missouri